UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN WISKIND,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 14-cv-04223 NC<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 69 |

The Court acknowledges that the parties have filed a Notice of Settlement. Until dismissal of the action or further order, the case schedule remains unchanged. A jury trial remains on calendar for April 25, 2016.

**IT IS SO ORDERED.**

Dated: December 28, 2015      _____
                                                              NATHANAEL M. COUSINS
                                                          United States Magistrate Judge

Case No. 14-cv-04223 NC