UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN WISKIND,<br><br>          Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>          Defendant. | Case No. 14-cv-04223 NC<br><br>**ORDER DENYING REQUEST FOR CONTINUANCE** |

The Court responds to the request for a trial continuance included in the updated case management statement, ECF 72. While the Court appreciates the parties' good faith efforts and hopes for settlement, the request for a 5-month trial continuance is denied for lack of good cause. A jury trial remains on calendar for April 25, 2016. The Court would consider a more modest trial continuance, to June 1, 2016. If the parties wish to request this continuance, they must confer and file a stipulation by February 29, 2016.

**IT IS SO ORDERED.**

Dated: February 23, 2016            _____
                                                     NATHANAEL M. COUSINS
                                                   United States Magistrate Judge

Case No. 14-cv-04223 NC