PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
IAN ROSS, CASB No. 284842
ian.ross@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN WISKIND,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE BANK, N.A. and Does 1 through 10,<br><br>　　　　　　　　Defendants. | Case No. 3:14-cv-04223-NC<br><br>**STIPULATION TO REQUEST CONTINUANCE OF TRIAL TO JUNE 1, 2016** ; ORDER |

　　　　Plaintiff DAN WISKIND ("Plaintiff") and Defendant JPMORGAN CHASE BANK, N.A. ("Chase") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

　　　　1. WHEREAS, trial in this matter is currently scheduled to begin on April 25, 2016;

　　　　2. WHEREAS, on February 16, 2016, the Parties filed an Updated Joint Case Management Statement (ECF #72) in which the Parties explained that they have very nearly resolved this dispute and requested a five-month continuance of the dates and deadlines set forth in the Court's August 4, 2015 Case Management Scheduling Order;

　　　　3. WHEREAS, on February 23, 2016, the Court issued an Order Denying Request for Continuance (ECF #73) in which the Court declined to grant a five-month continuance but invited the Parties to request a continuance of the trial to June 1, 2016;

4. WHEREAS, the Parties have conferred and have stipulated and agreed to accept the Court's invitation; and

5. WHEREAS, the Parties hereby jointly request that the trial in this matter be continued to June 1, 2016.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and among the Parties and subject to the approval of the Court, that the trial in this matter be continued to June 1, 2016.

Pretrial Conference is continued to May 18, 2016 at 2:00 p.m.

DATED:  2/29/2016

/s/ Ian Ross
_____
PHILIP A. MCLEOD
IAN ROSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JPMORGAN CHASE, N.A.

DATED:  2/29/2016

/s/ Stephen P. Lin
_____
STEPHEN P. LIN, Of Counsel
LAW OFFICES OF PETER L. KUTRUBES
Attorneys for Plaintiff
DAN WISKIND

GRANTED
Judge Nathanael M. Cousins

I, Ian Ross, am the ECF user whose ID and password are being used to file this Stipulation to Request Continuance of Trial to June 1, 2016.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the counsel whose e-signature appears on the foregoing pages have concurred with this filing.

DATED:  2/29/2016

/s/ Ian Ross
_____
IAN ROSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.