PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
IAN ROSS, CASB No. 284842
ian.ross@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN WISKIND,<br><br>           Plaintiff,<br><br>   vs.<br><br>JP MORGAN CHASE BANK, N.A. and Does 1 through 10,<br><br>           Defendants. | Case No. 3:14-cv-04223-NC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff DAN WISKIND ("Plaintiff") and Defendant JPMORGAN CHASE BANK, N.A. ("Chase") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1.     WHEREAS, Plaintiff filed his Third Amended Complaint for Damages ("TAC") (the currently operative complaint) in this action on May 1, 2015;

2.     WHEREAS, Chase filed its Answer to the TAC on June 17, 2015; and

3.     WHEREAS, the Parties have agreed that this action should be dismissed with prejudice.

//

//

//

## **STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiff and Chase pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed in its entirety with prejudice.

DATED: 3/8/2016      /s/ Ian Ross
PHILIP A. MCLEOD
IAN ROSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

DATED: 3/8/2016      /s/ Stephen P. Lin
STEPHEN P. LIN, Of Counsel
LAW OFFICES OF PETER L. KUTRUBES
Attorneys for Plaintiff
DAN WISKIND

I, Ian Ross, am the ECF user whose ID and password are being used to file this Stipulation for Dismissal with Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the counsel whose e-signature appears on the foregoing pages have concurred with this filing.

DATED: 3/8/2016      /s/ Ian Ross
IAN ROSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.